IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01843-MSK-BNB

MICHAEL TURNER, an individual,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Accept Stipulated Request for Modification to Scheduling Order** [docket no. 20, filed February 13, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED, and the Scheduling Order is amended as follows:

     Expert Witness Disclosures:
          The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 25,2014**;

          The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 22, 2014**;

| | |
|---|---|
| Discovery Cut-off: | **May 23, 2014**; |
| Dispositive Motion Deadline: | **June 27, 2014**. |

DATED: February 13, 2014