IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01843-MSK-BNB | Date: | April 1, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| MICHAEL K. TURNER, | *T. J. Carney* |
| **Plaintiff(s)** | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | *Suzanne J. Lambdin* *Stephanie A. Montague* |
| **Defendant(s)** | |
| & | |
| DENISE IRLANDO, | *Sarah Smyth O'Brien* |
| **Interested Party** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  2:10 p.m.

Appearance of counsel.

Argument held on State Farm's Motion for Protective Order Regarding State Farm Employee Denise Irlando [23] filed on February 27, 2014 and on Plaintiff's First Motion to Amend Complaint [30] filed on March 11, 2014.

For reasons stated on the record, it is

**ORDERED:  State Farm's Motion for Protective Order Regarding State Farm Employee Denise Irlando [23] is TAKEN UNDER ADVISEMENT.**

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

**ORDERED:   Plaintiff's First Motion to Amend Complaint [30] is DENIED.**

Court in Recess:  3:24 p.m.     Hearing concluded.     Total time in Court:  01:14