IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01843-MSK-BNB

MICHAEL TURNER, an individual,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

_____

**MINUTE ORDER**

_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Amended Stipulated Motion for Modification of Scheduling Order** [docket no. 45, filed April 23, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May <u>15</u>, 2014**.

DATED:  April 24, 2014