IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01843-MSK-BNB

MICHAEL TURNER, an individual,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **State Farm's Motion to Change Hearing Date re Plaintiff's Motion to Strike Experts Seibert and Kalat** [docket no. 63, filed July 1, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the hearing on **Motion to Strike The Defendant State Farm Mutual Automobile Insurance Company's Supplemental Expert Witness Charles Seibert MD and Rebuttal Witness Stephen Kalat, Ph.D.** [57] set for July 21, 2014, is **vacated and reset to August 20, 2014, at 10:00 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

      This matter is also before the Court on the **State Farm's Opposed Motion for Extension of Time to Respond to Plaintiff's Motion to Strike Experts Seibert and Kalat** [docket no. 61, filed June 30, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and defendant shall respond to the Motion to Strike [57] on or before **August 1, 2014**. No reply will be accepted without leave of court.

DATED: July 1, 2014