IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01843-MSK-BNB

MICHAEL TURNER, an individual,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

---

## ORDER

---

This matter arises on the plaintiff's **Motion to Strike the Defendant's Supplement Expert Witness Charles Seibert, MD, and Rebuttal Witness Stephen Kalat, Ph.D.** [Doc. # 57, filed 6/27/2014] (the "Motion to Strike").  I held a hearing on the Motion to Strike this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Strike [Doc. # 57] is DENIED.

Dated August 20, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge