IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01843-MSK-BNB

MICHAEL TURNER, an individual,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Withdrawal by Suzanne Lambdin, Esq.** [docket no. 91, filed December 30, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Suzanne Lambdin, Esq. is granted leave to withdraw from the representation of defendant and is to be removed from the electronic service.

DATED:  December 31, 2014